The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Nathanael D McGregor

**DEFENDANTS**
Intermountain Health

(b) County of Residence of First Listed Plaintiff: Salt Lake
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Salt Lake
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

FILED US District Court-UT
NOV 13 '23 PM 01:06

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

(Standard citizenship table — no boxes checked)

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Checked: **446 Amer. w/Disabilities - Other**

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing: **42 12101**

Brief description of cause: **ADA Violation Descrimination Wrongful Term**

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $
- JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: (signature) DOC

DATE:
SIGNATURE OF ATTORNEY OF RECORD

Case: 2:23-cv-00829
Assigned To: Oberg, Daphne A.
Assign. Date: 11/13/2023
Description: McGregor v. Intermountain Health

**FOR OFFICE USE ONLY**
RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE