NAME: Nathanael D. McGregor

ADDRESS: 1889 W. 3900 S. Apt # J203 West Valley, Utah 84119

TELEPHONE: 801-648-1272

FILED US District Court-UT
NOV 13 '23 PM01:06

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH - Central DIVISION

| Nathanael D. McGregor | **MOTION FOR APPOINTMENT OF COUNSEL** |
|---|---|
| Plaintiff, | |
| v. | Case: 2:23-cv-00829<br>Assigned To : Oberg, Daphne A.<br>Assign. Date : 11/13/2023<br>Description: McGregor v. Intermountain Health |
| Intermountain Health | |
| Defendants. | |

The plaintiff in the above entitled matter hereby moves the court for an order appointing legal counsel to act on his/her behalf.

The court has already approved the plaintiff's application to file the matter *in forma pauperis*.

DATED this __09__ day of __November__, 20__23__.

_/s/ Nate McGregor_
(Print your name below your signature.)
Nate McGregor