UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| NATHANAEL D. MCGREGOR,<br><br>Plaintiff,<br><br>v.<br><br>INTERMOUNTAIN HEALTHCARE,<br><br>Defendant. | **ORDER REGARDING SERVICE DEADLINES**<br><br>Case No. 2:23-cv-00829<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Nathanael D. McGregor, proceeding without an attorney, filed this case on November 13, 2023.[1] To proceed with this case, Mr. McGregor must serve the complaint and a summons on Defendant Intermountain Healthcare. The court ORDERS as follows:

1.   Mr. McGregor must complete and return to the clerk's office a summons form for the defendant. The summons form, titled "Civil Summons (AO 440)," is available on the court's website at https://www.utd.uscourts.gov/usdc-forms. The completed summons form must be hand-delivered, mailed, or emailed to the clerk's office by **December 15, 2023**. The email address is utdecf_clerk@utd.uscourts.gov. The court will then issue the summons.

---

[1] (*See* Compl., Doc. No. 1.)

1

2.  After the summons is issued by the court, Mr. McGregor must serve the complaint and summons on the defendant and file proof of service by **February 12, 2024**.[2]

DATED this 17th day of November, 2023.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge

---

[2] *See* Fed. R. Civ. P. 4(m) (requiring service of the defendant within ninety days after the complaint is filed).