FILED
2024 FEB 12 AM 10:15
CLERK
U.S. DISTRICT COURT

Nathanael Douglas McGregor
Name
1889 W 3900 S Apt J20:
Address
West Valley Utah 8411!
City, State, Zip
801-648-1272
Phone
ndmcgregor1986@yahoo.com
Email

**Check your email.** You will receive information and documents at this email address.

I am [X] Plaintiff/Petitioner [ ] Defendant/Respondent
[ ] Plaintiff/Petitioner's Attorney [ ] Defendant/Respondent's Attorney (Utah Bar #:__________)
[ ] Plaintiff/Petitioner's Licensed Paralegal Practitioner
[ ] Defendant/Respondent's Licensed Paralegal Practitioner (Utah Bar #:__________)

In the [x] District [ ] Justice Court of Utah

Federal Judicial District ______________ County

Court Address 51 S West Temple Street, Salt Lake City Utah

| | |
|---|---|
| Nathanael D McGregor<br>Plaintiff/Petitioner<br><br>v.<br><br>Intermountain Healthcare<br>Defendant/Respondent | **Notice of Voluntary Dismissal**<br>(Utah Rule of Civil Procedure 41)<br><br>2:23-cv-00829-DAO<br>Case Number<br><br>Daphne Oberg<br>Judge<br><br>______________<br>Commissioner (domestic cases) |

1. I am the
   [X] plaintiff/petitioner
   [ ] counterclaimant
   [ ] crossclaimant
   [ ] third-party claimant

2. [X] I have not yet served the petition, complaint, counterclaim or other claim.

[ ] I served the petition, complaint, counterclaim or other claim. I have not been served with an answer or a motion for summary judgment in response.

3. I provide notice of dismissal of Complaint 2:23-cv-00829-DAO McGregor V Intermountain Healthcare, due to inability to procure counsel.(name of petition, complaint, counterclaim or other claim) filed on 11/13/23 (date).

4. I understand that court fees will not be refunded.

5. I may have the option to file a new petition, complaint, counterclaim or other claim. (Utah Rule of Civil Procedure 41(a)(1)(B)).

**Plaintiff/Petitioner or Defendant/Respondent**

I declare under criminal penalty under the law of Utah that everything stated in this document is true.

Signed at West Valley City Utah (city, and state or country).

2/11/24
Date

Signature ► Nathanael D McGregor

Printed Name Nathanael D McGregor

**Attorney or Licensed Paralegal Practitioner of record** (if applicable)

Date

Signature ►

Printed Name

## Certificate of Service

I certify that I filed with the court and am serving a copy of this Notice of Voluntary Dismissal on the following people.

| Person's Name | Service Method | Service Address | Service Date |
|---|---|---|---|
| | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[X] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | utdecf_clerk@ utd.uscourts.gov | 2/11/24 |
| | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[ ] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | | |
| | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[ ] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | | |

2/11/24
Date

Signature ► Nathanael D McGregor

Printed Name Nathanael D McGregor